STATE of Missouri, Respondent,

v.

Darroyl BUFFINGTON, Appellant.

No. ED 95459.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 13, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 24, 2012.

Application for Transfer Denied Aug. 14, 2012.

Timothy Forneris, St. Louis, MO, for appellant.

Chris Koster, Atty. Gen., John M. Reeves, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before KATHIANNE KNAUP CRANE, P.J., LAWRENCE E. MOONEY, J., and KENNETH M. ROMINES, J.

*ORDER*

PER CURIAM.

The defendant, Darroyl Buffington, appeals the judgment entered upon a jury verdict finding him guilty of second-degree assault of a law enforcement officer, Sec-

tion 565.082 RSMo 2000; third-degree assault of a law enforcement officer, Section 565.083 RSMo 2000; resisting arrest, Section 575.150 RSMo 2000; endangering the welfare of a child, Section 568.050 RSMo 2000; and property damage, Section 569.120 RSMo 2000. No jurisprudential purpose would be served by a written opinion. We have furnished the parties with a memorandum, for their information only, setting forth the reasons for our decision. We affirm. Rule 30.25(b).